1    Nina Rabin, AZ Bar #025246
2    Workers' Rights Clinic
3    James E. Rogers College of Law, Univ. of Arizona
4    1145 N. Mountain Ave.
5    Tucson, AZ 85719
6    Telephone: (520) 621-9206
7    Fax: (520) 626-5233
8    rabin@email.arizona.edu
9    *Attorney for Plaintiffs Albino Cardenas and Marina Hernandez*

10

11              **UNITED STATES DISTRICT COURT**
12                    DISTRICT OF ARIZONA

13
14    _____
15                                              )
16    ALBINO CARDENAS AND MARINA HERNANDEZ     )
17                                              )    Case No. 4:15-cv-00518-LAB
18        Plaintiffs,                           )
19                                              )
20           v.                                 )    NOTICE OF VOLUNTARY
21                                              )    DISMISSAL PURSUANT TO
22    THOMAS E. MONGAN AND KAREN E. MONGAN.    )    FED. R. CIV. P. 41(a)(1)(A)(i)
23                                              )
24        Defendants.                           )
25    _____)

26

27              **NOTICE OF VOLUNTARY DISMISSAL**

28
29          Plaintiffs Albino Cardenas and Marina Hernandez hereby notice voluntary

30    dismissal with prejudice of above captioned case, pursuant to Fed. R. Civ. P.

31    41(a)(1)(A)(i).

32          The Defendants have neither filed an answer nor a motion for summary judgment.

33    Accordingly, the Plaintiffs may dismiss this action against the aforementioned

34    Defendants without a court order.

35

36

37

1   Tucson, AZ

2   Dated this 21st day of October 2016.

3                                       Respectfully submitted,

4                                       BY:  /s/ Nina Rabin
5                                            Nina Rabin
6                                            Attorney for Plaintiffs